PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA DE LEE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-1621 DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to give further consideration to step 1 of the sequential evaluation, offer the claimant an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *June 30, 2022*  LAW OFFICES OF FRANCESCO BENAVIDES

By:  */s/ Caspar Chan for Francesco Benavides\**
FRANCESCO BENAVIDES
*\*Authorized by email on June 30, 2022*
Attorneys for Plaintiff

Date: *June 30, 2022*  PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:  */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner and close this case.

DATED: June 30, 2022   /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE